# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MICHAEL D. PETERSON,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) Case No.   5:14-cv-86-RDP-TMP |
| | ) |
| **DEWAYNE ESTES, Warden; and the** | ) |
| **ATTORNEY GENERAL OF** | ) |
| **THE STATE OF ALABAMA,** | ) |
| | ) |
| **Respondents.** | ) |

## MEMORANDUM OPINION

On July 28, 2015, the Magistrate Judge filed his Report and Recommendation, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed.  (Doc. 8).  Petitioner has not filed any objections.  Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**.  Consequently, the petition for writ of *habeas corpus* is due to be denied and dismissed with prejudice.  A separate final judgment will be entered.

The Clerk is **DIRECTED** to mail a copy of this Memorandum Opinion to Petitioner.

**DONE** and **ORDERED** this August 18, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE